**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-575**

In Re: JOHN H. LEA, JR.,

Petitioner.

On Petition for Writ of Mandamus.

Submitted:  January 23, 1997      Decided:  January 31, 1997

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

John H. Lea, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John H. Lea, Jr., a federal prisoner, brought this petition for writ of mandamus alleging that the district court had unduly delayed acting on a matter pending before it. Lea alleges that he filed a 28 U.S.C. § 2255 (1994) motion in the United States District Court, Eastern District of Virginia, Alexandria Division in December 1994. Lea did not submit any portion of the district court record to aid in understanding the matter set forth in the petition. See Fed. R. App. P. 21(a). The Alexandria Division of the United States District Court for the Eastern District of Virginia has no record of any pending actions involving Lea before it, nor does it have any record of any action filed in December 1994. We therefore deny the petition.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2